IN THE UNTED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN BLAKE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MICHAEL RICHARDSON, )<br>)<br>Defendant. ) | Case No. 20-0182-CV-W-FJG |

**ORDER**

Before the Court is Plaintiffs' Response to the Court's Order to Show Cause, as well as their Motion for Extension of Time to File Response to Movant Culture Up, Inc.'s Motion to Intervene and Defendant Michael Richardson's Motion to Dismiss (Doc. No. 15). Plaintiffs indicate that they recently retained counsel to represent them in this matter, and counsel is familiarizing himself with the matter. Counsel indicates that he has sought and obtained agreement from opposing counsel for a 21-day extension of time to file a response to the pending motion to dismiss, and has further requested a 21-day extension to file a response to the pending motion to intervene.

For good cause shown, plaintiffs' request for extension of time will be granted. Plaintiffs shall file their responses to the motion to dismiss (Doc. No. 7) and the motion to intervene (Doc. No. 3) on or before **MAY 27, 2020.**

IT IS SO ORDERED.

Date: May 12, 2020　　　　　　　　　　　　　　　　**/S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri　　　　　　　　　　　　　　　Fernando J. Gaitan, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge